# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARMAINE PRATER,<br>    Plaintiff, | :<br>:<br>: |
| v. | :   CIVIL ACTION NO. 18-CV-5515 |
| AMERICAN HERITÀGE FEDERAL<br>CREDIT UNION, *et al.*,<br>    Defendants. | :<br>:<br>:<br>: |

## ORDER

AND NOW, this 7th day of January, 2019, upon consideration of Plaintiff Charmaine Prater's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and her *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED without prejudice,** pursuant to Rule 8 of the Federal Rules of Civil Procedure and 28 U.S.C. § 1915(e)(2)(B)(ii), in accordance with the Court's Memorandum.

4. Prater is given leave to file an amended complaint within thirty (30) days of the date of entry of this Order in the event that she can state a plausible claim that lies within this Court's jurisdiction. Any individual or entity that is not listed in the caption of the amended complaint will not be treated as a defendant. Any amended complaint must be a complete document that describes in detail the basis for Prater's claims against each defendant without relying on the original Complaint to state a claim. If Prater files an amended complaint, the Clerk shall not make service until so **ORDERED**.

5. The Clerk of Court is **DIRECTED** to send Prater a blank copy of this Court's current standard for to be used by a *pro se* litigant filing a civil action bearing the above-captioned civil action number. Prater may use this form to prepare her amended complaint.

6. If Prater fails to file an amended complaint, her case may be dismissed for failure to prosecute without further notice.

BY THE COURT:

_____
CYNTHIA M. RUFE, J.